FILED
03 JAN -6 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEDRIC DEL BOYD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 00-J-0143-S |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ENTERED
JAN 6 2003

### MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the motion to vacate is due to be denied. An appropriate order will be entered.

DONE this ___6___ day of January, 2003.

_____
INGE P. JOHNSON,
UNITED STATES DISTRICT JUDGE

---

[1]The copy of the Magistrate Judge's Report and Recommendation mailed to the petitioner at his last known address was returned by the United States Post Office marked "Returned to Sender, Refused."

